**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raul MONTENEGRO–CARMONA,**
**Defendant–Appellant.**

No. 05–51526.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Raul Montenegro–Carmona raises arguments that are foreclosed by *United States v. Hinojosa–Lopez*, 130 F.3d 691, 694 (5th Cir.1997), which held that a Texas felony conviction for possession of marijua-

na was an "aggravated felony" under § 2L1.2(b) of the Sentencing Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

